IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RODNEY C. BOWEN,<br><br>　　　　Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>　　　　Movant,<br><br>　　v.<br><br>RODNEY C. BOWEN, and<br>WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>　　　　Respondents. | Bankruptcy No. 17-17536-jkf<br><br>Chapter 13<br><br>Related to Doc. No. 39 |

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

　　　　Consumer Portfolio Services, Inc. has filed a Motion for Relief from the Automatic Stay with the Court to life the automatic stay regarding the 2006 Toyota Highlander Utility 4D Limited 4WD 3.3L V6 VIN JTEEP21AX60141232.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

　　　　1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before Friday, August 10, 2018, you or your attorney must do **all** of the following:

　　　　　　(a)  file an answer explaining your position at:

　　　　　　　　Clerk, U.S. Bankruptcy Court
　　　　　　　　Robert C. Nix Bldg. Suite 201
　　　　　　　　900 Market Street
　　　　　　　　Philadelphia, PA  19107

　　　　If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the movant's attorneys:

>Keri P. Ebeck, Esquire
>Bernstein-Burkley, P.C.
>Suite 2200, Gulf Tower
>Pittsburgh, PA  15219

2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on **August 15, 2018 at 9:30 A.M.** in Courtroom #3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

>Respectfully submitted,
>
>BERNSTEIN-BURKLEY, P.C.
>
>By: /s/ Keri P. Ebeck
>Keri P. Ebeck, Esq.
>PA I.D. #91298
>kebeck@bernsteinlaw.com
>Suite 2200, Gulf Tower
>Pittsburgh, PA 15219
>Phone (412) 456-8112
>Fax: (412) 456-8135
>
>*Counsel for Consumer Portfolio Services, Inc.*

Dated:  July 24, 2018