IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 17-17536-jkf |
|---|---|
| RODNEY C. BOWEN, | |
| Debtor, | Chapter 13 |
| CONSUMER PORTFOLIO SERVICES, INC. | Related to Doc. Nos. 39 and 40 |
| Movant, | |
| v. | |
| RODNEY C. BOWEN, and WILLIAM C. MILLER, Chapter 13 Trustee. | |
| Respondents. | |

### CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 24th day of July, 2018, I served a copy of the Motion for Relief from the Automatic Stay (filed at Document No. 39) and a copy of the Notice of Motion, Response Deadline and Hearing Date on Motion (filed at Document No. 40) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Rodney C Bowen
2512 S. Lloyd Street
Philadelphia, PA 19142

William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Zachary Perlick, Esq.
Counsel to Debtor
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

and:

      Service by CM/ECF electronic notification on all parties registered to receive electronic notification.

      By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Consumer Portfolio Services, Inc.*