United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-17536-jkf
Rodney C Bowen                                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett            Page 1 of 1              Date Rcvd: Jul 23, 2018
                                Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2018.
db            +Rodney C Bowen,   2512 S. Lloyd Street,   Philadelphia, PA 19142-1524
              +Saint Joseph's University,   Payroll Department,   5600 City Line Avenue,
                Philadelphia, PA 19131-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2018 at the address(es) listed below:
      FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      KEVIN G. MCDONALD    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
      ZACHARY  PERLICK    on behalf of Debtor Rodney C Bowen Perlick@verizon.net,  pireland1@verizon.net
                                                                                                                                                         TOTAL: 7

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:     RODNEY BOWEN          :     CHAPTER  13
                                 :
                                 :
           DEBTOR                :     BANKRUPTCY NO. 17-17536

### AMENDED ORDER TO PAY THE CHAPTER 13 TRUSTEE

Upon representation of the Trustee, or other interested party, the Courts finds:

The above-named Debtor has pending in this Court a case under Chapter 13 of Title 11 U.S.C. and, pursuant to the provisions of said statute and of the Debtor's Plan, the Debtor has submitted such portion of her future earnings or income to the control of the Trustee as is necessary for the execution of the Debtor's Plan; and

Under the provisions of 11 U.S.C. § 105 an entity may be required, upon Order of this Court, to pay over such portion of the wages, earnings or income of the Debtor as may be needed to effectuate said Plan, and that such an Order is necessary and proper, now therefore,

IT IS ORDERED, that, for a period of **51 months**, or until further Order of this Court, **Saint Joseph's University, Payroll Department, 5600 City Line Avenue, Philadelphia, PA 19131** shall deduct from the account\income of Debtor the sum the sum of **$250.00** each **month** following the receipt of this Order and deduct a similar amount each month for 33 months. The payments shall be sent to:         William C. Miller, Interim Trustee
                  Chapter 13 Trustee
                  PO Box 680
                  Memphis, TN 38101-0680
                   (include Bankruptcy No. (17-17536)

      IT IS FURTHER ORDERED that all earnings, wages and income of the Debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any state or political subdivision, or by any insurance, pension or union dues agreement between said entity and the Debtor, or by Order of this Court, be paid to the aforesaid Debtor in accordance with the entity's usual payment procedure.

      IT IS FURTHER ORDERED that no deductions for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court be made from the earnings of said Debtor.

      IT IS FURTHER ORDERED that this Order supersedes previous orders, if any, made to the subject entity in this or any previous case.

Date:

                                         THE HONORABLE JEAN K. FITZSIMON

**Date: July 23, 2018**