IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RODNEY C. BOWEN,<br><br>Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>Movant,<br><br>v.<br><br>RODNEY C. BOWEN, and<br>WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>Respondents. | Bankruptcy No. 17-17536-jkf<br><br>Chapter 13<br><br>Related to Doc. No. 39 |

ORDER OF COURT

AND NOW, this 22nd day of August, 2018, upon consideration of the Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay (Docket No. 47), it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Court Judge