IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   RODNEY BOWEN         :    CHAPTER 13
                              :
                              :
         DEBTOR               :    BANKRUPTCY No. 17-17536

ORDER

AND NOW, this        day of            , 2018, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby confirmed.

BY THE COURT:

**Date: September 12, 2018**

_____
THE HONORABLE JEAN K. FITZSIMON

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Interim Trustee
2901 Saint Lawrence Ave,. Suite 100
Reading, PA 19606

RODNEY BOWEN
2512 S. Lloyd St.
Philadelphia, PA 19142