IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       RODNEY BOWEN         :       CHAPTER 13
                                  :
                                  :
             DEBTOR               :       BANKRUPTCY No. 17-17536JKF

## SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee and costs award:           $750.00
Net amount to be paid by the Trustee $750.00


BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

Dated: September 20, 2018

cc:   William C. Miller, Interim Trustee
      2901 St. Lawrence Ave., Suite 100
      Reading, PA 19606


      Zachary Perlick, Esquire
      1420 Walnut Street, Suite 718
      Philadelphia, PA  19102
      (215) 569-2922

      Debtor