IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RODNEY C. BOWEN,<br><br>Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>Movant,<br><br>v.<br><br>RODNEY C. BOWEN, and<br>WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>Respondents. | Bankruptcy No. 17-17536-jkf<br><br>Chapter 13<br><br>Related to Document No. 47 |

## ORDER OF COURT

AND NOW, this  27th  day of  September , 2018, upon consideration of the foregoing Certification of Default of Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED, ~~ADJUDGED AND DECREED~~, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Consumer Portfolio Services, Inc. in the 2006 Toyota Highlander Utility 4D Limited 4WD 3.3L V6 VIN JTEEP21AX60141232.

_____
Hon. Jean K. FitzSimon
United States Bankruptcy Court Judge