United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-17536-jkf
Rodney C Bowen                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Sep 27, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db             +Rodney C Bowen,    2512 S. Lloyd Street,    Philadelphia, PA 19142-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         KERI P EBECK    on behalf of Creditor   Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
          DMcKay@bernsteinlaw.com
         KEVIN G. MCDONALD    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
         ZACHARY  PERLICK    on behalf of Debtor Rodney C Bowen Perlick@verizon.net,   pireland1@verizon.net
                                                                                                          TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RODNEY C. BOWEN,<br><br>　　　　　Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>　　　　　Movant,<br><br>　　v.<br><br>RODNEY C. BOWEN, and<br>WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>　　　　　Respondents. | Bankruptcy No. 17-17536-jkf<br><br>Chapter 13<br><br>Related to Document No. 47 |

## ORDER OF COURT

AND NOW, this 27th day of September, 2018, upon consideration of the foregoing Certification of Default of Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED, A̶D̶J̶U̶D̶G̶E̶D̶ ̶A̶N̶D̶ ̶D̶E̶C̶R̶E̶E̶D̶, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Consumer Portfolio Services, Inc. in the 2006 Toyota Highlander Utility 4D Limited 4WD 3.3L V6 VIN JTEEP21AX60141232.

_____
Hon. Jean K. FitzSimon
United States Bankruptcy Court Judge