**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Rodney C. Bowen<br>　　　　　　　　Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>　　　　　　v.<br>Rodney C. Bowen<br>　　　　　and<br>Scott Waterman Esq.<br>　　　　　　Trustee | Chapter 13<br><br><br>NO. 17-17536 JKF |

**ORDER**

AND NOW, this 18th day of November, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on May 21, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2512 South Lloyd Street Philadelphia, PA 19142.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived

　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

cc: See attached service list

Rodney C. Bowen
2512 South Lloyd Street
Philadelphia, PA 19142

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Zachary Perlick, Esq.
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532