```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                    Case No. 17-17536-jkf
Rodney C Bowen                                            Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2           User: Antoinett            Page 1 of 2              Date Rcvd: Feb 26, 2020
                               Form ID: pdf900            Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db             +Rodney C Bowen,    2512 S. Lloyd Street,    Philadelphia, PA 19142-1524
14010687       +Consumer Portfolio Services,    19500 Jamboree Rd.,    Irvine, CA 92612-2411
14068130       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    211 North Front Street,
                 Harrisburg, PA 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 27 2020 03:28:41      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2020 03:28:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 27 2020 03:28:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14010683        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2020 03:37:55      American Infosource,
                 as agent for Verizon,    PO Box 248838,   Oklahoma City, OK 73124-8838
14010684       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 27 2020 03:28:28      Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
14010685        E-mail/Text: megan.harper@phila.gov Feb 27 2020 03:28:42      City of Philadelphia,
                 Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508
14036761       +E-mail/Text: bankruptcy@consumerportfolio.com Feb 27 2020 03:28:34
                 Consumer Portfolio Services,    Po Box 57071,    Irvine, CA 92619-7071
14245475        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 27 2020 03:28:36      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302
14010688        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 27 2020 03:28:36      Jefferson Capital Systems,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
14010690        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2020 03:25:56      LVNV Funding, LLC,
                 Resurgent Capital Services,    POB 10587,   Greenville, SC 29603-0587
14010691        E-mail/Text: blegal@phfa.org Feb 27 2020 03:28:30      PHFA/HEMAP,    211 North Front Street,
                 PO Box 8029,    Harrisburg, PA 17105
14030685        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 27 2020 03:26:39      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
14010692       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 27 2020 03:26:39      Regional Acceptance Corporation,
                 PO Box 6000,    Winterville, NC 28590-6000
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO Box 7999,
                  St Cloud, MN  56302-9617)
14010686*      ++CITY OF PHILADELPHIA LAW DEPARTMENT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                 (address filed with court: City of Philadelphia,    Law Department, Enforecment Div.,
                  1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508)
14010689*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems,    PO Box 7999,
                  Saint Cloud, MN 56302-9617)
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                           Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett             Page 2 of 2                    Date Rcvd: Feb 26, 2020
                              Form ID: pdf900             Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY   PERLICK    on behalf of Debtor Rodney C Bowen Perlick@verizon.net,   pireland1@verizon.net
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| RODNEY C BOWEN | Bankruptcy No. 17-17536-JKF |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 26, 2020**

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE